Opinion approved by the court.

■ **HAYES v. STATE.**
No. 25997.

Court of Criminal Appeals of Texas.
Nov. 5, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon an indictment charging murder with malice aforethought, appellant was convicted of murder without malice, and his punishment assessed at two years in the penitentiary.

No statement of facts or bills of exception accompany the record. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.

■ **Joe Chester MELTON, Appellant, v. STATE of Texas, Appellee.**
No. 26150.

Court of Criminal Appeals of Texas.
Nov. 5, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

The offense is murder under Art. 802c, Vernon's Ann.P.C.; the punishment, 2 years in the penitentiary.

Appellant has filed his affidavit to withdraw the appeal.

The appeal is dismissed upon appellant's motion.

Opinion approved by the Court.

■ **Thomas W. JEANES v. STATE.**
No. 25975.

Court of Criminal Appeals of Texas.
Nov. 12, 1952.

Spurgeon E. Bell, Houston, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Murder without malice is the offense; the punishment, five years in the penitentiary.

Accompanying the record is the affidavit of appellant, properly executed, requesting dismissal of the appeal.

The request is granted, and the appeal dismissed.

Opinion approved by the court.